

# Transcript of 341 Meeting

**Date:** September 26, 2017
**Case:** Tiffany Bestani, In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1                UNITED STATES BANKRUPTCY COURT

2          EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA)

3

4    IN RE:                          ) Chapter 7

5    TIFFANY BESTANI,                ) Case No.

6          Debtor.                   ) 16-12768-BFK

7

8

9

10      AUDIO TRANSCRIPTION OF RECORDED 341 MEETING

11   CASE ASSIGNED TO HONORABLE JUDGE BRIAN F. KENNEY

12            HELD ON SEPTEMBER 26, 2017

13         ON BEHALF OF TRUSTEE H. JASON GOLD

14

15

16

17

18

19

20   Job No. 167343

21   Pages:  1-10

22   Transcribed by: Annette M. Montalvo, RDR, CRR

Transcript of 341 Meeting
Conducted on September 26, 2017                    2

```
 1    APPEARANCES:

 2

 3

 4    ON BEHALF OF THE DEBTOR:

 5    Robert S. Brandt, Esq.

 6    The Law Office of Robert S. Brandt

 7    1513 King Street

 8    Alexandria, Virginia  22314

 9    703-342-7330

10

11

12    ON BEHALF OF THE TRUSTEE:

13    David M. Barnes, Jr., Esq.

14    Nelson Mullins Riley & Scarborough LLP

15    101 Constitution Avenue, NW, Suite 900

16    Washington, DC  20001

17    202-689-20001

18

19

20

21

22
```

Transcript of 341 Meeting
Conducted on September 26, 2017                    3

1                          INDEX

2    WITNESS                              PAGE

3

4    TIFFANY BESTANI                        4

5    EXAMINATION BY MR. BARNES              4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of 341 Meeting
Conducted on September 26, 2017                    4

```
 1         (WHEREUPON, the following was transcribed

 2   from an audio recording, to wit:)

 3         MR. BARNES:  Case Tiffany Bestani, again.

 4         I don't recall.  Were you sworn in yet?

 5         MR. BRANDT:  No.

 6         MR. BARNES:  Raise your right hand.

 7         (WHEREUPON, the witness was duly sworn.)

 8         MR. BARNES:  All right.  What's the filing

 9   date on this?

10         MS. BESTANI:  You need the case number?

11         MR. BRANDT:  Uh-uh.

12         MS. BESTANI:  Okay.

13                    TIFFANY BESTANI,

14   called as a witness herein, having been first duly

15   sworn, was examined and testified as follows:

16                    EXAMINATION

17   BY MR. BARNES:

18      Q  I have your IDs.  I have your Virginia

19   identification card and your Social Security card.

20         Looks good.  Give it back to you.

21         Are you still living at the same address

22   listed in the papers?
```

Transcript of 341 Meeting

Conducted on September 26, 2017                              5

```
1       A   Yes.

2       Q   You signed the petition, scheduled

3   statements, and all the other documents?

4       A   Yes.

5       Q   And are you -- did you read the papers

6   before you signed?

7       A   Yes.

8       Q   And are you personally familiar with all the

9   information in the papers?

10      A   Yes.

11      Q   To the best of your knowledge, is the

12  information true and correct?

13      A   Yes.

14      Q   Any errors, omissions, or mistakes in the

15  papers?

16      A   Not that I know of.

17      Q   All your assets are listed?

18      A   Yes.

19      Q   All your creditors listed?

20      A   Yes.

21      Q   This is your first bankruptcy case?

22      A   Yes.
```

Transcript of 341 Meeting
Conducted on September 26, 2017                6

```
1         Q   You work for International Foundation for

2    Electrical Systems?

3         A   Electoral Systems.

4         Q   I was going to say, that's a little

5    different.

6             Do you owe child support or alimony?  No?

7    You have to answer.

8         A   No.

9         Q   It is being recorded.  You're under oath.

10        A   Oh.  Sorry.

11        Q   You don't owe any domestic support

12   obligation --

13        A   No.

14        Q   -- correct?

15            And you've read the bankruptcy information

16   sheet?

17        A   Yes.

18        Q   Do you understand it?

19        A   Yes.

20        Q   Tax returns, I didn't get.  I didn't get any

21   other documents.

22        A   I gave you -- I --
```

Transcript of 341 Meeting
Conducted on September 26, 2017                    7

```
1          MR. BRANDT:  It is there.

2          MR. BARNES:  Did you send them?

3          MR. BRANDT:  I thought she sent them in.

4  What could have happened is, I switched assistants,

5  but I --

6          MR. BARNES:  Do you have it with you?  I

7  could look at it now, if you have a copy with you.

8          MR. BRANDT:  No, it's in my office.  I could

9  have it to you in 15 minutes.

10          THE WITNESS:  I can see if I have a copy.

11          MR. BARNES:  That's all right.  When you go

12  back, just find the e-mail, if you sent it.  If not,

13  just send it to me by noon tomorrow.

14          MR. BRANDT:  You'll have it.

15          MR. BARNES:  Noon tomorrow.  You have my

16  e-mail?

17          MR. BRANDT:  Yes.

18          MR. BARNES:  Okay.

19  BY MR. BARNES:

20     Q  Okay.  Do you own any real estate?

21     A  No.

22     Q  Everything looks in order.  That's about it.
```

Transcript of 341 Meeting
Conducted on September 26, 2017                8

```
 1              You just have a leased vehicle, right?

 2     Okay.

 3              And you have a custodial account with your

 4     daughter, Tara, her money --

 5          A   It's her money, yeah.

 6          Q   Okay.   That will be all.

 7              Oh.   One other thing.   What was that

 8     lawsuit?   Possible lawsuit I remember seeing.

 9              MR. BRANDT:   Former employer.

10              THE WITNESS:   Yeah, it was a former

11     employer.   They didn't pay me the last three months.

12     And then when I contacted them, they said I was

13     required to go through arbitration, but they didn't

14     want to pay for arbitration.   And then when I

15     contacted --

16     BY MR. BARNES:

17          Q   Why didn't they pay you?

18          A   They said they didn't have the money.

19          Q   Okay.   How much was it?

20          A   I think about 12,000.

21          Q   That's too bad.

22          A   I know.
```

Transcript of 341 Meeting
Conducted on September 26, 2017                  9

1          MR. BARNES:  Okay.  That's a no distribution

2    case.  All assets are abandoned.

3          MR. BRANDT:  Thank you.

4          MR. BARNES:  Contingent on getting the

5    documents.

6          MR. BRANDT:  I'll get it to you.

7          (WHEREUPON, the audio recording ends.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1               CERTIFICATE OF TRANSCRIBER

 2

 3          I, Annette M. Montalvo, do hereby certify

 4     that the foregoing transcript is a true and correct

 5     record of the recorded proceedings; that said

 6     proceedings were transcribed to the best of my

 7     ability from the audio recording and supporting

 8     information; and that I am neither counsel for,

 9     related to, nor employed by any of the parties to

10     this case and have no interest, financial or

11     otherwise, in its outcome.

12

13

14     _____

15     Annette M. Montalvo, RDR, CRR

16     Date:  November 20, 2017

17

18

19

20

21

22
```

Transcript of 341 Meeting
Conducted on September 26, 2017                          11

| **A** | **assistants** | **can** | **debtor** |
|---|---|---|---|
| **abandoned** | 7:4 | 7:10 | 1:6, 2:4 |
| 9:2 | **audio** | **card** | **did** |
| **ability** | 1:10, 4:2, 9:7, | 4:19 | 5:5, 7:2 |
| 10:7 | 10:7 | **case** | **didn't** |
| **about** | **avenue** | 1:5, 1:11, 4:3, | 6:20, 8:11, |
| 7:22, 8:20 | 2:15 | 4:10, 5:21, 9:2, | 8:13, 8:17, 8:18 |
| **account** | **B** | 10:10 | **different** |
| 8:3 | **back** | **certificate** | 6:5 |
| **address** | 4:20, 7:12 | 10:1 | **distribution** |
| 4:21 | **bad** | **certify** | 9:1 |
| **again** | 8:21 | 10:3 | **district** |
| 4:3 | **bankruptcy** | **chapter** | 1:2 |
| **alexandria** | 1:1, 5:21, 6:15 | 1:4 | **documents** |
| 1:2, 2:8 | **barnes** | **child** | 5:3, 6:21, 9:5 |
| **alimony** | 2:13, 3:5, 4:3, | 6:6 | **domestic** |
| 6:6 | 4:6, 4:8, 4:17, | **constitution** | 6:11 |
| **all** | 7:2, 7:6, 7:11, | 2:15 | **don't** |
| 4:8, 5:3, 5:8, | 7:15, 7:18, | **contacted** | 4:4, 6:11 |
| 5:17, 5:19, | 7:19, 8:16, 9:1, | 8:12, 8:15 | **duly** |
| 7:11, 8:6, 9:2 | 9:4 | **contingent** | 4:7, 4:14 |
| **and** | **been** | 9:4 | **E** |
| 4:15, 4:19, | 4:14 | **copy** | **e-mail** |
| 5:3, 5:5, 5:8, | **before** | 7:7, 7:10 | 7:12, 7:16 |
| 5:12, 6:15, 8:3, | 5:6 | **correct** | **eastern** |
| 8:12, 8:14, | **behalf** | 5:12, 6:14, | 1:2 |
| 10:4, 10:7, | 1:13, 2:4, 2:12 | 10:4 | **electoral** |
| 10:8, 10:10 | **being** | **could** | 6:3 |
| **annette** | 6:9 | 7:4, 7:7, 7:8 | **electrical** |
| 1:22, 10:3, | **best** | **counsel** | 6:2 |
| 10:15 | 5:11, 10:6 | 10:8 | **employed** |
| **answer** | **bestani** | **court** | 10:9 |
| 6:7 | 1:5, 3:4, 4:3, | 1:1 | **employer** |
| **any** | 4:10, 4:12, 4:13 | **creditors** | 8:9, 8:11 |
| 5:14, 6:11, | **brandt** | 5:19 | **ends** |
| 6:20, 7:20, 10:9 | 2:5, 2:6, 4:5, | **crr** | 9:7 |
| **appearances** | 4:11, 7:1, 7:3, | 1:22, 10:15 | **errors** |
| 2:1 | 7:8, 7:14, 7:17, | **custodial** | 5:14 |
| **arbitration** | 8:9, 9:3, 9:6 | 8:3 | **esq** |
| 8:13, 8:14 | **brian** | **D** | 2:5, 2:13 |
| **are** | 1:11 | **date** | **estate** |
| 4:21, 5:5, 5:8, | **but** | 4:9, 10:16 | 7:20 |
| 5:17, 9:2 | 7:5, 8:13 | **daughter** | **everything** |
| **assets** | **C** | 8:4 | 7:22 |
| 5:17, 9:2 | **called** | **david** | **examination** |
| **assigned** | 4:14 | 2:13 | 3:5, 4:16 |
| 1:11 | | **dc** | **examined** |
| | | 2:16 | 4:15 |

Transcript of 341 Meeting
Conducted on September 26, 2017                    12

| F | | | |
|---|---|---|---|
| **familiar** 5:8 | **happened** 7:4 | **jr** 2:13 | **montalvo** 1:22, 10:3, 10:15 |
| **filing** 4:8 | **have** 4:18, 6:7, 7:4, 7:6, 7:7, 7:9, 7:10, 7:14, 7:15, 8:1, 8:3, 8:18, 10:10 | **judge** 1:11 | **months** 8:11 |
| **financial** 10:10 | | **just** 7:12, 7:13, 8:1 | **much** 8:19 |
| **find** 7:12 | | **K** | **mullins** 2:14 |
| **first** 4:14, 5:21 | **having** 4:14 | **kenney** 1:11 | **N** |
| **following** 4:1 | **held** 1:12 | **king** 2:7 | **need** 4:10 |
| **follows** 4:15 | **her** 8:4, 8:5 | **know** 5:16, 8:22 | **neither** 10:8 |
| **for** 6:1, 8:14, 10:8 | **hereby** 10:3 | **knowledge** 5:11 | **nelson** 2:14 |
| **foregoing** 10:4 | **herein** 4:14 | **L** | **noon** 7:13, 7:15 |
| **former** 8:9, 8:10 | **honorable** 1:11 | **last** 8:11 | **nor** 10:9 |
| **foundation** 6:1 | **how** 8:19 | **law** 2:6 | **not** 5:16, 7:12 |
| **from** 4:2, 10:7 | **I** | **lawsuit** 8:8 | **november** 10:16 |
| **G** | **i'll** 9:6 | **leased** 8:1 | **now** 7:7 |
| **gave** 6:22 | **identification** 4:19 | **listed** 4:22, 5:17, 5:19 | **number** 4:10 |
| **get** 6:20, 9:6 | **ids** 4:18 | **little** 6:4 | **nw** 2:15 |
| **getting** 9:4 | **index** 3:1 | **living** 4:21 | **O** |
| **give** 4:20 | **information** 5:9, 5:12, 6:15, 10:8 | **llp** 2:14 | **oath** 6:9 |
| **go** 7:11, 8:13 | **interest** 10:10 | **look** 7:7 | **obligation** 6:12 |
| **going** 6:4 | **international** 6:1 | **looks** 4:20, 7:22 | **office** 2:6, 7:8 |
| **gold** 1:13 | **it's** 7:8, 8:5 | **M** | **oh** 6:10, 8:7 |
| **good** 4:20 | **its** 10:11 | **meeting** 1:10 | **okay** 4:12, 7:18, 7:20, 8:2, 8:6, 8:19, 9:1 |
| **H** | **J** | **minutes** 7:9 | **omissions** 5:14 |
| **hand** 4:6 | **jason** 1:13 | **mistakes** 5:14 | **one** 8:7 |
| | **job** 1:20 | **money** 8:4, 8:5, 8:18 | |

Transcript of 341 Meeting
Conducted on September 26, 2017                                    13

| | | | |
|---|---|---|---|
| **order**<br>7:22 | **recorded**<br>1:10, 6:9, 10:5 | **signature-sjfrp**<br>10:13 | 4:22, 5:2, 5:3,<br>5:5, 5:8, 5:9, |
| **other**<br>5:3, 6:21, 8:7 | **recording**<br>4:2, 9:7, 10:7 | **signed**<br>5:2, 5:6 | 5:11, 5:14,<br>6:15, 7:10, |
| **otherwise**<br>10:11 | **related**<br>10:9 | **social**<br>4:19 | 7:12, 8:10,<br>8:11, 8:18, 9:4, |
| **outcome**<br>10:11 | **remember**<br>8:8 | **sorry**<br>6:10 | 9:7, 10:4, 10:5,<br>10:6, 10:7, 10:9 |
| **owe**<br>6:6, 6:11 | **required**<br>8:13 | **statements**<br>5:3 | **them**<br>7:2, 7:3, 8:12 |
| **own**<br>7:20 | **returns**<br>6:20 | **states**<br>1:1 | **then**<br>8:12, 8:14 |
| **P** | **right**<br>4:6, 4:8, 7:11, | **still**<br>4:21 | **there**<br>7:1 |
| **page**<br>3:2 | 8:1 | **street**<br>2:7 | **they**<br>8:11, 8:12, |
| **pages**<br>1:21 | **riley**<br>2:14 | **suite**<br>2:15 | 8:13, 8:17, 8:18 |
| **papers**<br>4:22, 5:5, 5:9, | **robert**<br>2:5, 2:6 | **support**<br>6:6, 6:11 | **thing**<br>8:7 |
| 5:15 | **S** | **supporting**<br>10:7 | **think**<br>8:20 |
| **parties**<br>10:9 | **said**<br>8:12, 8:18, | **switched**<br>7:4 | **this**<br>4:9, 5:21, |
| **pay**<br>8:11, 8:14, | 10:5 | **sworn**<br>4:4, 4:7, 4:15 | 10:10 |
| 8:17 | **same**<br>4:21 | **systems**<br>6:2, 6:3 | **thought**<br>7:3 |
| **personally**<br>5:8 | **say**<br>6:4 | **T** | **three**<br>8:11 |
| **petition**<br>5:2 | **scarborough**<br>2:14 | **tara**<br>8:4 | **through**<br>8:13 |
| **possible**<br>8:8 | **scheduled**<br>5:2 | **tax**<br>6:20 | **tiffany**<br>1:5, 3:4, 4:3, |
| **proceedings**<br>10:5, 10:6 | **security**<br>4:19 | **testified**<br>4:15 | 4:13 |
| **R** | **see**<br>7:10 | **thank**<br>9:3 | **tomorrow**<br>7:13, 7:15 |
| **raise**<br>4:6 | **seeing**<br>8:8 | **that**<br>5:16, 8:6, 8:7, | **too**<br>8:21 |
| **rdr**<br>1:22, 10:15 | **send**<br>7:2, 7:13 | 10:4, 10:5, 10:8 | **transcribed**<br>1:22, 4:1, 10:6 |
| **read**<br>5:5, 6:15 | **sent**<br>7:3, 7:12 | **that's**<br>6:4, 7:11, | **transcriber**<br>10:1 |
| **real**<br>7:20 | **september**<br>1:12 | 7:22, 8:21, 9:1 | **transcript**<br>10:4 |
| **recall**<br>4:4 | **she**<br>7:3 | **the**<br>2:4, 2:6, 2:12, | **transcription**<br>1:10 |
| **record**<br>10:5 | **sheet**<br>6:16 | 4:1, 4:7, 4:8,<br>4:10, 4:21, | **true**<br>5:12, 10:4 |
| | | | **trustee**<br>1:13, 2:12 |

Transcript of 341 Meeting
Conducted on September 26, 2017                                 14

| | | | |
|---|---|---|---|
| **U** | 7:10, 8:10 | **15** | |
| **uh-uh** | **work** | 7:9 | |
| 4:11 | 6:1 | **1513** | |
| **under** | **Y** | 2:7 | |
| 6:9 | **yeah** | **16** | |
| **understand** | 8:5, 8:10 | 1:6 | |
| 6:18 | **yes** | **167343** | |
| **united** | 5:1, 5:4, 5:7, | 1:20 | |
| 1:1 | 5:10, 5:13, | **17** | |
| **V** | 5:18, 5:20, | 10:16 | |
| **vehicle** | 5:22, 6:17, | **2** | |
| 8:1 | 6:19, 7:17 | **20** | |
| **virginia** | **yet** | 10:16 | |
| 1:2, 2:8, 4:18 | 4:4 | **20001** | |
| **W** | **you** | 2:16, 2:17 | |
| **want** | 4:4, 4:10, | **2017** | |
| 8:14 | 4:20, 4:21, 5:2, | 1:12, 10:16 | |
| **was** | 5:5, 5:6, 5:8, | **202** | |
| 4:1, 4:7, 4:15, | 6:1, 6:6, 6:7, | 2:17 | |
| 6:4, 8:7, 8:10, | 6:11, 6:18, | **22314** | |
| 8:12, 8:19 | 6:22, 7:2, 7:6, | 2:8 | |
| **washington** | 7:7, 7:9, 7:11, | **26** | |
| 2:16 | 7:12, 7:15, | 1:12 | |
| **were** | 7:20, 8:1, 8:3, | **3** | |
| 4:4, 10:6 | 8:17, 9:3, 9:6 | **341** | |
| **what** | **you'll** | 1:10 | |
| 7:4, 8:7 | 7:14 | **342** | |
| **what's** | **you're** | 2:9 | |
| 4:8 | 6:9 | **6** | |
| **when** | **you've** | **689** | |
| 7:11, 8:12, | 6:15 | 2:17 | |
| 8:14 | **your** | **7** | |
| **whereupon** | 4:6, 4:18, | **703** | |
| 4:1, 4:7, 9:7 | 4:19, 5:11, | 2:9 | |
| **why** | 5:17, 5:19, | **7330** | |
| 8:17 | 5:21, 8:3 | 2:9 | |
| **will** | **1** | **9** | |
| 8:6 | **1** | **900** | |
| **wit:** | 1:21 | 2:15 | |
| 4:2 | **10** | | |
| **with** | 1:21 | | |
| 5:8, 7:6, 7:7, | **101** | | |
| 8:3 | 2:15 | | |
| **witness** | **12,000** | | |
| 3:2, 4:7, 4:14, | 8:20 | | |
| | **12768** | | |
| | 1:6 | | |