**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In the Matter of:**

**Tiffany Bestani**                              **Case No. 16-12768-BFK**

**Debtor**                                       **Chapter 7**

### ORDER GRANTING MOTION TO COMPEL ABANDONMENT

This matter came before the Court on December 5, 2017, on Debtor's Motion to Compel Abandonment of her pending lawsuit in the State of California. Present before the Court were debtor, debtor's counsel and counsel for the chapter 7 trustee. Arguments were heard and evidence was presented, and the Court finds as follows:

1. On Schedule A/B of the Debtor's bankruptcy petition, the Debtor included as an asset "Possible lawsuit that has not been pursued against former employer three years ago" ("Potential Litigation").

2. At the meeting of creditors held on September 26, 2016, the Debtor described the Potential Litigation as a claim for unpaid wages totaling approximately $12,000.00.

3. The Debtor did not disclose in her schedules an interest in any domain names.

For the reasons stated from the bench it is:

ADJUDGED, ORDERED and DECREED as follows:

1. The Potential Litigation that the Debtor included in Schedule A/B of her bankruptcy petition not related to the operation of domain names is deemed abandoned by the chapter 7 trustee.

2. Any portion of litigation initiated by the Debtor in state court that is related to

or involves domain names has not been abandoned by the chapter 7 trustee and remains property of the Debtor's bankruptcy estate.

Date: Feb 6 2018

/s/ Brian F. Kenney
Judge Brian Kenney, US Bankruptcy Court
Eastern District of Virginia, Alexandria Division
Entered on Docket: February 6, 2018

I ASK FOR THIS:

/s/Robert S. Brandt
Robert S. Brandt, VSB # 46196
The Law Office of Robert S. Brandt
1513 King Street
Alexandria, VA 22314
(703) 342-7330
(703)229-4132; fax
brandt@brandtlawfirm.com

Counsel for Debtor

Seen and objected to:

/s/David M. Barnes, Jr.
David M. Barnes, Jr., Va. Bar No. 86747
Counsel to Jason Gold, ch 7 trustee
101 Constitution Avenue, NW
Suite 900
Washington, DC 20001

Copies to:

Robert Brandt
1513 King Street
Alexandria, VA 22314
Counsel for Debtor

David M. Barnes, Jr.
Counsel to Jason Gold, ch 7 trustee
101 Constitution Avenue, NW
Suite 900
Washington, DC 20001