**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| TIFFANY BESTANI, ) | No. 16-12768-BFK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

**ORDER GRANTING MOTION TO SELL PROPERTY OF**
**THE ESTATE UNDER § 363(b)**

Upon consideration of the chapter 7 trustee's ("Trustee") motion ("Motion") (Docket No. 44) to approve the sale by way of quitclaim of the Debtor's interest in domain names and all related portions of any pending litigation that were not abandoned by the Trustee ("Property"), and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary, and it appearing that there is good and sufficient cause to grant the Motion, and the Court having held a hearing on January 30, 2018, to consider the Motion;

IT IS HEREBY ORDERED THAT:

The Motion is GRANTED.

The Trustee is authorized to sell the Property for the sum of $10,000.00 by way of a quitclaim deed consistent with the sales contract between the Trustee and Eric Grossweiner.

The Trustee is authorized to take all necessary and reasonable actions to consummate the sale.

H. Jason Gold, Va. Bar No. 19117
David M. Barnes, Jr., Va. Bar No. 86747
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 712-2800
Counsel to the Chapter 7 Trustee

~#4814-3913-1484~

This Order shall be effective immediately, and shall not be subject to the 14-day stay provided in Federal Rule of Bankruptcy Procedure 6004(h) or any other applicable stay.

Date: Feb 6 2018

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: February 6, 2018

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC  20001
Tel: 202.712.2800
Fax: 202.712.2860

By:    /s/ David M. Barnes, Jr.
H. Jason Gold, Va. Bar No. 19117
David M. Barnes, Jr., Va. Bar No. 86747

*Counsel to the Chapter 7 Trustee*

SEEN:

/s/ Robert S. Brandt (by DMB with authority)
Robert S. Brandt, VSB # 46196
The Law Office of Robert S. Brandt
1513 King Street
Alexandria, VA 22314
(703) 342-7330
(703)229-4132; fax
brandt@brandtlawfirm.com

*Counsel to the Debtor*

~#4814-3913-1484~

<u>CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT</u>

I HEREBY CERTIFY that all necessary parties have endorsed the above-referenced Order.

                                                <u>/s/ David M. Barnes, Jr.</u>
                                                David M. Barnes, Jr.