# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| TIFFANY BESTANI, ) | No. 16-12768-BFK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO AMENDED EXEMPTIONS

UPON CONSIDERATION of the Objection filed by the Chapter 7 Trustee to the Debtor's Amended Exemptions (Docket No. 57) ("Objection"), the Debtor having been properly served, and no timely response having been filed to the Objection, it is:

ORDERED that the Objection is sustained.

Dated: Mar 13 2018

/s/ Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: March 13, 2018

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 712-2800
Facsimile: (202) 712-2860


By:     /s/ David M. Barnes, Jr.
        H. Jason Gold, Va. Bar No. 19117
        David M. Barnes, Jr., Va. Bar No. 86747

*Counsel to the Chapter 7 Trustee*

1

CERTIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C) - SERVICE

I hereby certify that on this 9th day of March 2018, a copy of the foregoing order was sent by first class mail, postage prepaid, to:

>Office of the United States Trustee
>115 South Union St., Suite 210
>Alexandria, Virginia 22314
>
>Robert Sergio Brandt
>The Law Office of Robert S. Brandt
>1513 King Street
>Alexandria, VA 22314

>/s/ David M. Barnes, Jr.
>David M. Barnes, Jr.

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold
David M. Barnes, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Office of the United States Trustee
115 South Union St., Suite 210
Alexandria, Virginia 22314

Robert Sergio Brandt
The Law Office of Robert S. Brandt
1513 King Street
Alexandria, VA 22314